**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

## THIS IS A CAPITAL CASE

MARCEL WAYNE WILLIAMS                                                               PETITIONER

v.                                              No. 5:02CV00450 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                   RESPONDENT

### ORDER

The respondent has filed a motion to reconsider the court order denying video deposition. Document #70. The Attorney General has asserted that Peggy O'Neal could travel to the hearing in this matter under subpoena without fear of arrest but does not wish to have that assertion characterized as an opinion of the Attorney General for the State of Arkansas. The State may either agree to be bound by that opinion and ensure that Peggy O'Neal can travel without fear of arrest, or the State can agree to attend her video deposition in Memphis. The Court does not care which alternative the State chooses, but it must choose one or the other. To that extent, the motion to reconsider is GRANTED.

IT IS SO ORDERED this 8th day of December, 2006.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE