**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**THIS IS A CAPITAL CASE**

MARCEL WAYNE WILLIAMS                                                    PETITIONER

v.                         No. 5:02CV00450 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                   RESPONDENT

**ORDER**

       The transcript of the voir dire in the underlying trial contains references to juror biographies that are not part of the record. Over the State's objection, citing *Holland v. Jackson*, 542 U.S. 649, 124 S. Ct. 2736 (2004), this Court has concluded that those juror biographies should be added to the record and that this Court has the authority to request the information pursuant to Rule 7 of the Rules Governing Section 2254 Cases in United States District Courts. Those juror biographies have been provided to the Court by the petitioner. The Court will provide petitioner's letter and the juror biographies to the Clerk, who is ordered to file them under seal.

       IT IS SO ORDERED this 7th day of March, 2007.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE