# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

## THIS IS A CAPITAL CASE

MARCEL WAYNE WILLIAMS                                                    PETITIONER

v.                              No. 5:02CV00450 JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the motion for relief from judgment filed by Marcel Wayne Williams is denied. Document #133. The Court issues a certificate of appealability on the issues raised in that motion.

IT IS SO ORDERED this 18th day of April, 2017.

                                                          _____
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE